Luke Busby, Esq.
Nevada State Bar No. 10319
543 Plumas St.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for Stephanie Ridgway*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHANIE RIDGWAY,

   Plaintiff,

                         Case No.:3:15-cv-00002-HDM-WGC

   vs.

SUN VALLEY GENERAL IMPROVEMENT
DISTRICT,

   Defendant(s),

_____/

### CERTIFICATE AS TO INTERESTED PARTIES

The undersigned, counsel of record for Stephanie Ridgway, certifies that the following have an interest in the outcome of this case:

Stephanie Ridgway, a private individual;

Sun Valley General Improvement District, a General Improvement District and a political subdivision of the State of Nevada.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

By: _____, Attorney of Record for Plaintiff Stephanie Ridgway.

RESPECTFULLY submitted this Wednesday, January 7, 2015.

By: _____

Luke Busby, Esq.
Nevada State Bar No. 10319
543 Plumas St.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for Stephanie Ridgway*

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 7, 2015, I electronically transmitted the forgoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the forgoing pleading to the address below by US Mail postage prepaid.

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
*Attorney for the Defendant*

By: _____

Luke Busby