**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEPHANIE RIDGWAY, | ) | 3:15-cv-00002-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SUN VALLEY GENERAL IMPROVEMENT DISTRICT, | ) ) | |
| | ) | |
| Defendant. | ) | |

On January 13, 2015, defendant Sun Valley General Improvement District filed a motion for security of costs (#7). On January 21, 2015, the plaintiff, Stephanie Ridgway, posted the security of costs (#8).

Accordingly, the motion (#7) is denied as moot.

IT IS SO ORDERED.

DATED: This 2th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE