Katherine F. Parks, Esq. - State Bar No. 6227
Charles Burcham, Esq. – State Bar No. 2673
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE RIDGWAY,<br><br>                         Plaintiff,<br>vs.<br><br>SUN VALLEY GENERAL IMPROVEMENT DISTRICT,<br>                         Defendants. | CASE NO.   3:15-cv-00002-HDM-WGC<br><br>**NOTICE OF CHANGE OF**<br>**HANDLING ATTORNEY** |

PLEASE TAKE NOTICE that the undersigned, Charles L. Burcham, Esq., will be the responsible attorney on behalf of SUN VALLEY GENERAL IMPROVEMENT DISTRICT, in place of Katherine F. Parks, Esq., in the above-entitled matter.

DATED this ᴵ² day of July, 2015.

                                      THORNDAL ARMSTRONG
                                      DELK BALKENBUSH & EISINGER

                                       By: /s/ *signature*
                                             Katherine F. Parks, Esq.
                                             State Bar No. 6227
                                             Charles L. Burcham, Esq.
                                             State Bar No. 2673
                                             6590 S. McCarran Blvd., Suite B
                                             Reno, Nevada 89509
                                             (775) 786-2882
                                             Attorneys for Defendant

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **NOTICE OF CHANGE OF HANLDING ATTORNEY** to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

√ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**216 East Liberty Street**
**Reno, Nevada 89501**
*Attorney for Plaintiff*

DATED this 13th day of July, 2015.

_____
An employee of THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

- 2 -