# Exhibit 5

Exhibit 5

e-depositions

In the Matter Of:
STEPHANIE RIDGWAY vs. SUN VALLEY GENERAL IMPROVEMENT DISTRICT

# Brian Pachnik

**Date:** June 11, 2015

e-depositions
Phone: 775.240.0186
Email: calendar@e-depositions.com
Internet: http://e-depositions.com/

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE RIDGWAY, )
Plaintiff, )
vs. ) Case No.: 3:15-cv-00002-HDM-WGC
SUN VALLEY GENERAL IMPROVEMENT )
DISTRICT, )
Defendant. )
_______________________________ )

RECORDED DEPOSITION OF BRIAN PACHNIK

Taken on June 11th, 2015

At 11:24 a.m.

At 216 East Liberty Street

Reno, Nevada, 89501

APPEARANCES:

For the Plaintiff: LUKE BUSBY, ESQ.
216 East Liberty Street
Reno, Nevada, 89501

For the Defendants: KATHERINE PARKS, ESQ.
THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
6590 S. McCarran Blvd., Suite B
Reno, Nevada, 89509

INDEX


| Witness | Direct | Redirect |
|---|---|---|
| Mr. Pachnik (BY Mr. Busby) | Page 5 | |


EXHIBITS


| Number | Description | Page |
|---|---|---|
| Exhibit 1 | Incident Report | 10 |
| Exhibit 2 | Affidavit | 16 |

MR. IVEY: We're now on the record in the matter of Stephanie Ridgway versus Sun Valley General Improvement District. My name is Mark Ivey. I'm the videographer and officer of the court. I work for E-Depositions, LLC located at 730 Sandhill Road, Suite 105, Reno, Nevada, 89521.

Today's date is June 11th, 2015 and the time is 11:24 a.m. This deposition is being held at 216 East Liberty Street, Reno, Nevada, 89501. This is a recorded deposition of Brian Pachnik. Mr. Pachnik, can you please raise your right hand? Do you solemnly swear that the testimony you are about to give will be the truth, the whole and nothing but the truth, so help you God?

MR. PACHNIK: Yes, I do.

MR. IVEY: Thank you. Can you please state your name with the spelling?

MR. PACHNIK: Brian Pachnik, B-R-I-A-N P-A-C-H-N-I-K.

MR. IVEY: Thank you. The electronic audio and visual recording of this deposition will be the official record and a certified transcript will be created from the recording of this deposition by E-Depositions, LLC. Would all attorneys present please identify themselves, their firm, anybody with them and the party they represent, beginning with the party noticing this proceeding?

LUKE BUSBY: For the record, Luke Busby appearing

for plaintiff, Stephanie Ridgway.
KATHERINE PARKS: Katherine Parks with the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger for Sun Valley General Improvement District.

DIRECT EXAMINATION

BY: Luke Busby
**Q: Thank you. Good morning, Mr. Pachnik. How are you doing today?**
A: Good, how are you?
**Q: Good. As you know, my name's Luke Busby. I'm Stephanie Ridgway's lawyer. I want to take a few moments to explain the deposition process to you. I'll be asking you questions. The court reporter's going to record what you say and transcribe it, do you understand that?**
A: Yeah.
**Q: Okay. Your answers that you give today are under oath, under penalty of perjury, the same as if you were testifying in a courtroom, do you understand that?**
A: Yeah.
**Q: And your testimony may be used later in this proceeding at the trial as evidence, do you understand that?**
A: Yes.
**Q: Okay. If at any time today you don't understand one of my questions, let me know and I'll explain the question or rephrase it. If you answer my question without asking for a**



**clarification, I'll take it to mean you understood what I meant. Fair enough?**
A: Okay, yeah.
**Q: If at any time you don't hear one of my questions, same rule applies. Just ask for clarification. Let me know you didn't hear it. Otherwise, I'll take it to mean that you understood what I meant.**
A: All right.
**Q: Okay. There'll be times today where in the middle of one of my questions, you'll know the answer. I'll just ask you to allow me to finish asking my question before you do so and I'll try and do the same for you so we're not speaking over each other so the record is clear for the court, okay?**
A: Okay.
**Q: What's your understanding of why we're here today?**
A: Stephanie Ridgway went down the slide and broke her ankle. I think it's what happened, and is suing over maybe something about the slide not being safe or something like that, something along those lines.
**Q: Are you currently employed?**
A: Yes.
**Q: Where do you work?**
A: Still at the Sun Valley Pool.
**Q: And is that seasonal work?**
A: Yeah.



**Q: And what's your position?**
A: This year, I'm the lead lifeguard.
**Q: Okay. Congratulations.**
A: Thank you.
**Q: How old are you?**
A: Twenty-two in a couple of days.
**Q: Are you a student?**
A: Yeah.
**Q: Where do you go to school?**
A: UNR.
**Q: Wonderful. Did you witness the plaintiff in this matter, Stephanie Ridgway, suffer injuries at Sun Valley Pool on June 20th, 2014?**
A: I did not see it happen. I was not over by the slides.
**Q: Were you working that day?**
A: Yes, I was.
**Q: So you were there when it occurred?**
A: Hmm-hmm.
**Q: Okay. When did you first become aware that she'd been injured?**
A: I was on the shallow chair which is where the slides are over to the left a bit, and I was watching the shallow area, and then Collin came over and he's like, "That lady appears to be hurt from the slides."



**Q: And you're referring to Collin Ray, are you not?**
A: Yeah, Collin Ray.
**Q: Do you remember what he said to you?**
A: I think he said something like, "That lady right there seems to have hurt her foot. We need to do something about it."
**Q: And what happened next?**
A: Then I asked her if she was okay and attempted to help her get out of the water which she did not want help with, and then attempted to get her ice which she did not want ice. So I got her a chair and then sat her on the chair. Yeah.
**Q: Did she appear to be in pain?**
A: Yeah.
**Q: What did you see that made you think that?**
A: Just the way she was moving because she could hardly walk.
**Q: Did she scream at all?**
A: I can't remember any screams.
**Q: Did she eventually tell you that she was hurt?**
A: Yeah. She said like, "My ankle hurts. My foot hurts."
**Q: And what did you do in response to that?**
A: I asked if she wanted any ice or anything and she didn't want any ice. So I just gave her a chair to sit in and wait until EMS showed up.

**Q: So did you call EMS?**
A: The cashier I believe called EMS.
**Q: But you were attending to her when she called for EMS?**
A: Yeah.
**Q: Do you remember who was there when you were by the plaintiff when she was sitting in the chair?**
A: Collin was there. I know that, Collin Ray. Oh, man. I think Denny Hope was there, and I know there were others, but I can't remember who was even working that day.
**Q: Do you remember whether Carlos Perez was there?**
A: Yes, he was. Yeah, he was the cashier.
**Q: So he's the one that called EMS?**
A: Yes.
**Q: Do you remember if Jade Park was there?**
A: Yes, she was there.
**Q: Was Lauren Going there?**
A: She was not there.
**Q: She wasn't present at the pool when this occurred?**
A: No, she was not.
**Q: So she never saw -- to the best of your recollection, she never saw Ms. Ridgway?**
A: No, she never saw her.
**Q: Have you spoken to anyone about this incident?**
A: Hmm, not really, no.



**Q: Have you spoken with Mike Ariztia?**
A: I've spoken to him just like through the hiring process this year but not really specifically about the case.
**Q: Do you know who Mr. Ariztia is?**
A: Yes.
**Q: Who is he?**
A: He is technically like my big boss, I guess.
**Q: So he's a higher up in -**
A: Yeah.
**Q: --the Sun Valley General Improvement District world?**
A: Yeah.
**Q: I'd like to show you some documents, if I could.**
A: Okay.
**Q: This is marked as Exhibit 1.**
A: All right.
**Q: I'd like to ask you to look it over real quick. Actually, do you mind looking at that copy? I'm sorry. That's my copy. Thanks.**
A: All right.
**Q: Do you know which slide Ms. Ridgway went down?**
A: The dark blue slide.
**Q: And do you know what that slide is called?**
A: It doesn't really have a name.
**Q: Is there a label on it that says "Blue Team Tube"?**



A: Oh, yes, it does say Blue Team Tube. Yeah.
**Q: So that was the one she went down?**
A: Yeah.
**Q: It wasn't the Lifestyle Homes Loop?**
A: No.
**Q: All right. How long have you worked at the pool as a lifeguard?**
A: This is my fifth year.
**Q: Have you ever seen anyone else hit the bottom of the pool after going down the slides?**
A: Never seen anybody get hurt on it.
**Q: Have you seen anybody hit the bottom of the pool after using the slide?**
A: Yeah, I've seen people like scrape their foot or something. Nothing serious.
**Q: How many people?**
A: Maybe like two.
**Q: Have you ever written an incident report about anybody hitting the bottom of the pool after using the slides?**
A: No.
**Q: So other people have hit the bottom of the pool after using the slides but you never saw anyone get seriously injured.**
A: Yeah.
MS. PARKS: Objection, asked and answered.



**Q: Every so often, Ms. Parks will object to one of my questions. Unless directed otherwise, just go ahead and answer when she's finished objecting.**
A: Okay.
**Q: Go ahead.**
A: What was it?
MS. PARKS: There's no question pending. Is there?
**Q: Well, he did answer it actually.**
A: Oh, okay.
**Q: Have you ever had a conversation about people hitting the bottom of the pool after going down the slides with anyone else?**
A: No.
**Q: Is the Blue Team Tube -- when someone goes down that slide, do they end up in the deep end of the pool?**
A: They're in the shallow end of the pool.
**Q: Do you know deep it is at that point?**
A: I think it's three and a half feet.
**Q: It's not very deep, is it?**
MS. PARKS: Objection, calls for speculation, argumentative.
**Q: Go ahead and answer the question.**
A: I don't know. I was going to say like it's for kids to go on.

13

**Q: Do adults use it?**
A: Yeah.
**Q: Are there rules against adults using it?**
A: I don't think there's any rules against enforcing adults using it.
**Q: When you say it's for kids, what do you mean?**
A: Like we have a lot of kids that come in and that's what the facility is built for.
**Q: Can you describe the type of people that you've seen hit the bottom of the pool after using the slide?**
A: To tell you the truth, I don't remember seeing anybody hit the bottom. I just know that like we have had some scraped feet and stuff.
**Q: How do you know that?**
A: They just talk about it.
**Q: Who talks about that?**
A: Just like us lifeguards. They're like, "Oh, yeah, some kid went down. I gave him a Band-Aid," or something.
**Q: So would it be fair to say that it's common knowledge among the lifeguards that people hit the bottom of the pool after going down that slide?**
MS. PARKS: Objection, lack of foundation, calls for speculation.
**Q: Go ahead.**
A: Yes, somewhat.

14

**Q: So you do talk about that?**
A: Like not specifically. It's not like a major safety hazard that we discuss.
**Q: What do you mean by saying it's not major?**
A: Like the things that we would discuss that are dangerous on the slides are like going head first and we don't allow that at all.
**Q: Why would going head first be dangerous?**
A: Just because like there's greater chance of injury to your head and neck if you go first.
**Q: How would someone injure their head and neck if they went head first?**
A: It could be a lot of things, mostly if they hurt their head and neck, they'd be hitting somebody coming out of the slide.
**Q: Is there a chance they would hit the bottom of the pool in your opinion?**
A: They could but I don't know. It's not something that happens like daily or even consistently.
**Q: If you saw a very large person --**
A: Hmm-hmm.
**Q: --about to go down the Blue Team Tube, would you be concerned that they could get hurt by hitting the bottom of the pool?**
MS. PARKS: Objection, improper hypothetical to

15

this percipient witness.
**Q: Go ahead and answer the question.**
A: I've seen it happen many times, so I wouldn't be like freaked out if I saw somebody do it.
**Q: Were you surprised that Ms. Ridgway got hurt the way she did?**
A: Yeah.
**Q: Can you explain?**
A: Usually, people will just kind of come out and they stay very high on the water, and they kind of coast. I mean I didn't see what she did, but it was just kind of strange. I've never heard of that before.
**Q: So I want to go back to your statement about the Blue Team Tube slide being for kids.**
A: Yeah.
**Q: So just to be clear, is there any kind of rule at the pool that adults can't use it?**
MS. PARKS: Objection, asked and answered.
A: There's no rule that -- like anybody can't use it or anything.
**Q: Are there any signs saying that adults can't use it?**
A: No.
**Q: Okay. How do you know it's intended for kids?**
A: It's not like technically but it's just like I'd

16

say 95% of our people at the pool are kids in general.
**Q: Let's go back to Exhibit 1, okay, which I showed you. I'd like to refer you to where it says "care provided".**
A: Hmm-hmm.
**Q: And it states that the name of the person who provided care was you and that you stabilized her.**
A: Hmm-hmm.
**Q: Is that accurate?**
A: I wouldn't say I stabilized her. I'd say I comforted her until EMS arrived.
**Q: You didn't write this document, did you?**
A: No, I didn't.
**Q: Do you know who wrote it?**
A: Collin wrote it, Collin Ray.
**Q: I'd like to show you another exhibit marked Exhibit 2 and just I'll go and ask you to read this to yourself and when you're finished and ready, let me know and I'll ask you a few questions about it.**
A: Okay. Who wrote this?
MS. PARKS: Just go ahead and read it to yourself. Mr. Busby will ask you some questions about it.
MR. PACHNIK: Okay.
MR. BUSBY: Thank you, Ms. Parks.
A: Okay.
**Q: Just to be clear we're discussing the same**

**document, this is the affidavit of Cynthia Sanchez, subscribed and sworn on the 2nd of January 2015. It's been marked as Exhibit 2, is that correct?**
A: Hmm-hmm.
**Q: It states here that the affiant states she heard Stephanie Ridgway screaming in pain and for help after using the water slide at Sun Valley Pool. Did you hear Ms. Ridgway screaming in pain?**
A: I didn't hear her screaming in pain.
**Q: Did you hear her screaming for help?**
A: No, I didn't.
**Q: At no point?**
A: What?
**Q: At no point did you hear her screaming for help?**
A: No, I didn't hear that.
**Q: It also states that, "I heard a lifeguard helping Stephanie Ridgway at Sun Valley Pool state that other people had hit the bottom of the pool after using the same water slide at Sun Valley Pool."**
A: Hmm.
**Q: Did you hear a lifeguard say that?**
A: I didn't hear anybody say that but that doesn't mean it didn't happen.
**Q: What do you mean?**
A: There were times when -- I think Collin was



talking to her before I talked to her, so he could've said something.
**Q: Was anybody else talking to her that could've said something?**
A: I don't think so.
**Q: You don't think so or you don't know?**
A: I don't know.
**Q: It also states here that other people had been hurt using the same water slide at Sun Valley Pool. Did you hear anybody say that?**
A: No, I didn't hear anybody say that.
**Q: And you didn't say that.**
A: I didn't say that.
**Q: And it also states that such incidence happened all the time. You didn't say that either?**
A: Yeah, I didn't say that.
**Q: And you didn't hear anybody say that?**
A: I didn't hear anybody say that.
**Q: How many incident reports have you written in your time as an employee at Sun Valley Pool?**
A: I've probably written like six or seven.
**Q: Did any of those reports involve anybody else hitting the bottom of the pool?**
A: No.
**Q: And why is that?**



A: It's never been a big enough incident.
**Q: What do you mean by big enough incident?**
A: Like our other incidents on the slides are a kid doesn't know how to swim goes down and then needs me to jump in and get him.
**Q: At what points are you required to write an incident report if something happens?**
A: Anytime there's an act of drowning like I just said or something major like somebody had broken her foot.
**Q: If somebody suffers a serious injury, you're expected to complete one of these reports?**
A: Yeah or if a lifeguard jumps in the water.
**Q: But the times you saw somebody hit the bottom or aware of somebody hitting the bottom of the pool, you didn't complete an incident report.**
A: No.
**Q: I'm wondering if there are any other incident reports out there that I need.**
A: I don't believe there is.
**Q: Not to your knowledge.**
A: Not to my knowledge, no.
**Q: Fair enough. Okay, yeah, I have nothing further.**
A: All right.
**Q: Ms. Parks is going to ask you some questions.**
MS. PARKS: No questions.



MR. IVEY: This concludes the recorded deposition of Brian Pachnik. We're going off the record in the matter of Stephanie Ridgway versus Sun Valley General Improvement District. The time is 11:43 AM.
(Deposition adjourned at 11:43 a.m.)

CERTIFICATE OF RECORDER

STATE OF NEVADA

COUNTY OF WASHOE

NAME OF CASE: STEPHANIE RIDGWAY, vs. SUN VALLEY GENERAL IMPROVEMENT DISTRICT,

I, Mark Ivey, a duly commissioned Notary Public, County of Washoe, State of Nevada, do hereby certify: That I recorded the taking of the deposition of the witness, Brian Pachnik, commencing on June 11th, 2015.

That prior to being examined the witness was duly sworn to testify to the truth. That I thereafter transcribed or supervised transcription from Recorded Audio and Visual Record and said deposition is a complete, true and accurate transcription.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand in my office in the County of Washoe, State of Nevada, this July 3nd, 2015.

Mark Ivey

Notary

**A**

**a.m** 1:16 4:7 20:5
**accurate** 16:8 21:11
**act** 19:8
**action** 21:14,15
**adjourned** 20:5
**adults** 13:1,3,5 15:17,21
**affiant** 17:5
**affidavit** 3:9 17:1
**ahead** 12:2,5,23 13:24 15:2 16:20
**allow** 6:11 14:7
**ankle** 6:17 8:20
**answer** 5:25 6:10 12:2,9,23 15:2
**answered** 11:25 15:18
**answers** 5:16
**anybody** 4:22 11:11,12,19 13:12 15:19 17:22 18:3,10 18:11,17,18,22
**Anytime** 19:8
**appear** 8:12
**APPEARAN...** 2:1
**appearing** 4:25
**appears** 7:25
**applies** 6:5
**area** 7:24
**argumentative** 12:22
**Ariztia** 10:1,4
**Armstrong** 2:7 5:3
**arrived** 16:10
**asked** 8:8,23 11:25 15:18
**asking** 5:12,25 6:11
**attempted** 8:8 8:10
**attending** 9:3
**attorney** 21:13 21:14
**attorneys** 4:21
**audio** 4:18 21:10
**aware** 7:20 19:14

**B**

**B** 2:9
**B-R-I-A-N** 4:16
**back** 15:13 16:2
**Balkenbush** 2:7 5:3
**Band-Aid** 13:18
**beginning** 4:23
**believe** 9:2 19:19
**best** 9:21
**big** 10:7 19:1,2
**bit** 7:23
**blue** 10:22,25 11:1 12:15 14:22 15:14
**Blvd** 2:9
**boss** 10:7
**bottom** 11:9,12 11:19,21 12:12 13:10,12,20 14:16,23 17:18 18:23 19:13,14
**Brian** 1:14 4:9 4:16 20:2 21:7
**broke** 6:16
**broken** 19:9
**built** 13:8
**Busby** 2:2 3:4 4:25,25 5:6,10 16:21,23

**C**

**call** 9:1
**called** 9:2,3,13 10:23
**calls** 12:21 13:22
**can't** 8:18 9:10 15:17,21
**care** 16:3,6
**Carlos** 9:11
**case** 1:6 10:3 21:4
**cashier** 9:2,12
**CERTIFICATE** 21:1
**certified** 4:20
**certify** 21:6,12
**chair** 7:22 8:11 8:11,24 9:7
**chance** 14:9,16
**clarification** 6:1 6:5
**clear** 6:13 15:16 16:25
**coast** 15:10
**Collin** 7:24 8:1,2 9:8,8 16:14,14 17:25
**come** 13:7 15:9
**comforted** 16:10
**coming** 14:14
**commencing** 21:7
**commissioned** 21:5
**common** 13:19
**complete** 19:11 19:15 21:10
**concerned** 14:23
**concludes** 20:1
**Congratulations** 7:3
**consistently** 14:19
**conversation** 12:11
**copy** 10:18,19
**correct** 17:3
**could've** 18:1,3
**counsel** 21:13,14
**County** 21:3,5 21:17
**couple** 7:6
**court** 1:1 4:4 5:13 6:13
**courtroom** 5:18
**created** 4:20
**currently** 6:20
**Cynthia** 17:1

**D**

**daily** 14:19
**dangerous** 14:6 14:8
**dark** 10:22
**date** 4:6
**day** 7:16 9:10
**days** 7:6
**deep** 12:16,18 12:20
**Defendant** 1:9
**Defendants** 2:6
**Delk** 2:7 5:3
**Denny** 9:9
**deposition** 1:14 4:7,8,19,21 5:12 20:1,5 21:6,10
**describe** 13:9
**Description** 3:7
**didn't** 6:6 8:24 15:11 16:11,12 17:9,11,15,22 17:23 18:11,12 18:13,15,16,17 18:18 19:14
**Direct** 3:2 5:5
**directed** 12:2
**discuss** 14:3,5
**discussing** 16:25
**District** 1:1,2,8 4:3 5:4 10:10 20:4 21:4
**document** 16:11 17:1
**documents** 10:13
**doesn't** 10:24 17:22 19:4
**doing** 5:8
**don't** 5:23 6:4 12:24 13:4,11 14:6,18 18:5,6 18:6,7 19:19
**drowning** 19:8
**duly** 21:5,8

**E**

**E-Depositions** 4:4,21
**East** 1:17 2:3 4:7
**Eisinger** 2:8 5:3
**either** 18:15
**electronic** 4:18
**employed** 6:20
**employee** 18:20 21:12,13
**EMS** 8:25 9:1,2 9:4,13 16:10
**enforcing** 13:4
**ESQ** 2:2,6
**eventually** 8:19
**evidence** 5:21
**EXAMINATI...** 5:5
**examined** 21:8
**exhibit** 3:8,9 10:15 16:2,15 16:16 17:3
**EXHIBITS** 3:6
**expected** 19:11
**explain** 5:12,24 15:8

**F**

**facility** 13:8

**fair** 6:2 13:19 19:22
**feet** 12:19 13:13
**fifth** 11:8
**financially** 21:14
**finish** 6:11
**finished** 12:3 16:17
**firm** 4:22 5:3
**first** 7:20 14:6,8 14:10,12
**foot** 8:5,20 11:14 19:9
**foundation** 13:22
**freaked** 15:4
**further** 19:22 21:12

**G**

**general** 1:7 4:2 5:4 10:10 16:1 20:3 21:4
**give** 4:11 5:16
**go** 7:9 12:2,5,23 12:25 13:24 14:10,22 15:2 15:13 16:2,16 16:20
**God** 4:12
**goes** 12:15 19:4
**going** 5:13 9:17 11:10 12:12,24 13:21 14:6,8 19:24 20:2
**Good** 5:7,9,10
**greater** 14:9
**guess** 10:7

**H**

**half** 12:19
**hand** 4:10 21:16
**happen** 7:14 15:3 17:23
**happened** 6:17 8:7 18:14
**happens** 14:19 19:7
**hazard** 14:3
**he's** 7:24 9:13 10:8
**head** 14:6,8,10 14:11,12,14
**hear** 6:4,6 17:7 17:9,10,14,15 17:21,22 18:10 18:11,17,18
**heard** 15:12 17:5,16
**held** 4:7
**help** 4:12 8:9,9 17:6,10,14
**helping** 17:16
**hereunto** 21:16
**high** 15:10
**higher** 10:8
**hiring** 10:2
**hit** 11:9,12,21 13:10,12,20 14:16 17:18 19:13
**hitting** 11:19 12:12 14:14,23 18:23 19:14
**Hmm** 9:25 17:20
**Hmm-hmm** 7:19 14:21 16:4,7 17:4
**Homes** 11:4
**Hope** 9:9
**hurt** 7:25 8:5,19 11:11 14:13,23 15:5 18:9
**hurts** 8:20,21
**hypothetical** 14:25

**I**

**I-K** 4:17
**I'd** 10:13,17 15:25 16:3,9 16:15
**I'll** 5:12,24 6:1,6 6:10,12 16:16 16:17
**I'm** 4:3 5:10 7:2 10:18 19:17
**I've** 10:2 11:14 15:3,12 18:21
**ice** 8:10,10,23,24
**identify** 4:22
**improper** 14:25
**Improvement** 1:7 4:2 5:4 10:10 20:3 21:4
**incidence** 18:14
**incident** 3:8 9:24 11:18 18:19 19:1,2,7 19:15,17
**incidents** 19:3
**INDEX** 3:1
**injure** 14:11
**injured** 7:21 11:23
**injuries** 7:12
**injury** 14:9 19:10
**intended** 15:24
**interested** 21:15
**involve** 18:22
**involved** 21:14
**it's** 6:17 12:19 12:20,24 13:6 13:19 14:2,4 14:18 15:24,25 15:25 17:2 19:1
**Ivey** 4:1,3,14,18 20:1 21:5,19

**J**

**Jade** 9:15
**January** 17:2
**July** 21:17
**jump** 19:4
**jumps** 19:12
**June** 1:15 4:6 7:13 21:7

**K**

**Katherine** 2:6 5:2,2
**kid** 13:18 19:3
**kids** 12:25 13:6 13:7 15:14,24 16:1
**kind** 15:9,10,11 15:16
**know** 5:10,24 6:5,10 9:8,9 10:4,21,23 12:18,24 13:12 13:14 14:18 15:24 16:13,17 18:6,7 19:4
**knowledge** 13:20 19:20,21

**L**

**label** 10:25
**lack** 13:22
**lady** 7:25 8:4
**large** 14:20
**Lauren** 9:17
**law** 5:2
**lawyer** 5:11
**lead** 7:2
**left** 7:23
**Let's** 16:2
**Liberty** 1:17 2:3 4:7
**lifeguard** 7:2 11:7 17:16,21 19:12
**lifeguards** 13:17 13:20
**Lifestyle** 11:4
**lines** 6:19
**LLC** 4:4,21
**located** 4:4
**long** 11:6
**look** 10:17
**looking** 10:18
**Loop** 11:4
**lot** 13:7 14:13
**Luke** 2:2 4:25 4:25 5:6,10

**M**

**major** 14:2,4 19:9
**man** 9:9
**Mark** 4:3 21:5 21:19
**marked** 10:15 16:15 17:2
**matter** 4:1 7:12 20:2
**McCarran** 2:9
**mean** 6:1,6 13:6 14:4 15:11 17:23,24 19:2
**meant** 6:1,7
**middle** 6:9
**Mike** 10:1
**mind** 10:18
**moments** 5:11
**morning** 5:7
**moving** 8:15

**N**

**name** 4:3,15 10:24 16:5 21:4
**name's** 5:10
**neck** 14:10,11 14:14
**need** 8:5 19:18
**needs** 19:4
**Nevada** 1:2,18 2:4,10 4:5,8 21:2,6,17
**never** 9:21,22,23

11:11,22 15:12 19:1
**Notary** 21:5,20
**noticing** 4:24
**Number** 3:7

**O**

**oath** 5:17
**object** 12:1
**objecting** 12:3
**Objection** 11:25 12:21 13:22 14:25 15:18
**occurred** 7:18 9:19
**office** 21:17
**officer** 4:4
**official** 4:19
**Oh** 9:8 11:1 12:10 13:17
**okay** 5:16,23 6:3 6:9,13,14 7:3 7:20 8:8 10:14 12:4,10 15:24 16:2,19,22,24 19:22
**old** 7:5
**opinion** 14:17

**P**

**P-A-C-H-N-** 4:16
**Pachnik** 1:14 3:3 4:9,9,13,16 4:16 5:7 16:22 20:2 21:7
**Page** 3:3,7
**pain** 8:12 17:6,8 17:9
**Park** 9:15
**Parks** 2:6 5:2,2 11:25 12:1,7 12:21 13:22 14:25 15:18 16:20,23 19:24 19:25
**parties** 21:13
**party** 4:23,23
**penalty** 5:17
**pending** 12:7
**people** 11:14,16 11:21 12:11 13:9,20 15:9 16:1 17:17 18:8
**percipient** 15:1
**Perez** 9:11
**perjury** 5:17
**person** 14:20 16:5 21:14
**plaintiff** 1:5 2:2 5:1 7:11 9:7
**please** 4:9,14,22
**point** 12:18 17:12,14
**points** 19:6
**pool** 6:23 7:12 9:19 11:6,10 11:12,19,21 12:12,16,17 13:10,21 14:17 14:24 15:17 16:1 17:7,17 17:18,19 18:9 18:20,23 19:14
**position** 7:1
**present** 4:22 9:19
**prior** 21:8
**probably** 18:21
**proceeding** 4:24 5:21
**process** 5:12 10:3
**provided** 16:3,6
**Public** 21:5

**Q**

**question** 5:24,25 6:11 12:7,23 15:2
**questions** 5:13 5:24 6:4,10 12:2 16:18,21 19:24,25
**quick** 10:17

**R**

**raise** 4:9
**Ray** 8:1,2 9:8 16:14
**read** 16:16,20
**ready** 16:17
**real** 10:17
**really** 9:25 10:3 10:24
**recollection** 9:22
**record** 4:1,19,25 5:13 6:13 20:2 21:10
**recorded** 1:14 4:8 20:1 21:6 21:10
**RECORDER** 21:1
**recording** 4:19 4:20
**Redirect** 3:2
**refer** 16:3
**referring** 8:1
**relative** 21:12,13
**remember** 8:3 8:18 9:6,10,11 9:15 13:11
**Reno** 1:18 2:4 2:10 4:5,8
**rephrase** 5:25
**report** 3:8 11:18 19:7,15
**reporter's** 5:13
**reports** 18:19,22 19:11,18
**represent** 4:23
**required** 19:6
**response** 8:22
**Ridgway** 1:4 4:2 5:1 6:16 7:12 9:22 10:21 15:5 17:6,7,17 20:3 21:4
**Ridgway's** 5:11
**right** 4:9 6:8 8:4 10:16,20 11:6 19:23
**Road** 4:5
**rule** 6:5 15:16 15:19
**rules** 13:3,4

**S**

**S** 2:9
**safe** 6:18
**safety** 14:3
**Sanchez** 17:1
**Sandhill** 4:5
**sat** 8:11
**saw** 9:21,22,23 11:22 14:20 15:4 19:13
**saying** 14:4 15:21
**says** 10:25 16:3
**school** 7:9
**scrape** 11:14
**scraped** 13:13
**scream** 8:17
**screaming** 17:6 17:8,9,10,14
**screams** 8:18
**seasonal** 6:24
**see** 7:14 8:14 15:11
**seeing** 13:11
**seen** 11:9,11,12 11:14 13:10 15:3
**serious** 11:15 19:10
**seriously** 11:22
**set** 21:16
**seven** 18:21
**shallow** 7:22,24 12:17
**she'd** 7:20
**she's** 12:3
**show** 10:13 16:15
**showed** 8:25 16:2
**signs** 15:21
**sit** 8:24
**sitting** 9:7
**six** 18:21
**slide** 6:16,18 10:21,22,23 11:13 12:16 13:10,21 14:15 15:14 17:7,18 18:9
**slides** 7:15,23,25 11:10,19,22 12:12 14:6 19:3
**solemnly** 4:10
**somebody** 14:14 15:4 19:9,10 19:13,14
**somewhat** 13:25
**sorry** 10:18
**speaking** 6:12
**specifically** 10:3 14:2
**speculation** 12:21 13:23
**spelling** 4:15
**spoken** 9:24 10:1,2
**stabilized** 16:6,9
**state** 4:14 17:17 21:2,6,17
**statement** 15:13
**states** 1:1 16:5 17:5,5,16 18:8 18:14

**stay** 15:10
**Stephanie** 1:4 4:2 5:1,11 6:16 7:12 17:6,17 20:3 21:4
**strange** 15:11
**Street** 1:17 2:3 4:8
**student** 7:7
**stuff** 13:13
**subscribed** 17:1
**suffer** 7:12
**suffers** 19:10
**suing** 6:17
**Suite** 2:9 4:5
**Sun** 1:7 4:2 5:3 6:23 7:12 10:10 17:7,17 17:19 18:9,20 20:3 21:4
**supervised** 21:9
**surprised** 15:5
**swear** 4:10
**swim** 19:4
**sworn** 17:2 21:8

**T**

**take** 5:11 6:1,6
**Taken** 1:15
**talk** 13:15 14:1
**talked** 18:1
**talking** 18:1,3
**talks** 13:16
**Team** 10:25 11:1 12:15 14:22 15:14
**technically** 10:7 15:25
**tell** 8:19 13:11
**testify** 21:8
**testifying** 5:18
**testimony** 4:10 5:20
**Thank** 4:14,18 5:7 7:4 16:23
**Thanks** 10:19
**that's** 10:18 13:7
**There'll** 6:9
**there's** 12:7 13:4 14:9 15:19 19:8
**they'd** 14:14
**They're** 12:17 13:17
**things** 14:5,13
**think** 6:17 8:4 8:14 9:9 12:19 13:4 17:25 18:5,6
**Thorndal** 2:7 5:3
**three** 12:19
**time** 4:6 5:23 6:4 18:15,20 20:4
**times** 6:9 15:3 17:25 19:13
**today** 5:8,16,23 6:9,15
**Today's** 4:6
**transcribe** 5:14
**transcribed** 21:9
**transcript** 4:20
**transcription** 21:9,11
**trial** 5:21
**true** 21:10
**truth** 4:11,11 13:11 21:9
**try** 6:12
**Tube** 10:25 11:1 12:15 14:22 15:14
**Twenty-two** 7:6
**two** 11:17
**type** 13:9

**U**

**understand** 5:14 5:18,21,23
**understanding** 6:15
**understood** 6:1 6:7
**UNITED** 1:1
**UNR** 7:10
**use** 13:1 15:17 15:19,21
**Usually** 15:9

**V**

**Valley** 1:7 4:2 5:4 6:23 7:12 10:10 17:7,17 17:19 18:9,20 20:3 21:4
**versus** 4:2 20:3
**videographer** 4:3
**visual** 4:19 21:10
**vs** 1:6 21:4

**W**

**wait** 8:25
**walk** 8:16
**want** 5:11 8:9,10 8:24 15:13
**wanted** 8:23
**Washoe** 21:3,5 21:17
**wasn't** 9:19 11:4
**watching** 7:23
**water** 8:9 15:10 17:7,18 18:9 19:12
**way** 8:15 15:6
**we're** 4:1 6:12 6:15 16:25 20:2
**went** 6:16 10:21 11:2 13:18 14:12
**what's** 6:15 7:1
**WHEREOF** 21:16
**witness** 3:2 7:11 15:1 21:7,8,16
**Wonderful** 7:11
**wondering** 19:17
**work** 4:4 6:22 6:24
**worked** 11:6
**working** 7:16 9:10
**world** 10:11
**wouldn't** 15:3 16:9
**write** 16:11 19:6
**written** 11:18 18:19,21
**wrote** 16:13,14 16:19

**X**

**Y**

**yeah** 5:15,19 6:3 6:25 7:8 8:2,11 8:13,20 9:5,12 10:9,12 11:1,3 11:14,24 13:2 13:17 15:7,15 18:16 19:12,22
**year** 7:2 10:3 11:8
**you'll** 6:10
**you're** 8:1 16:17 19:10
**you've** 13:9

**Z**

**0**

**1**

**1** 3:8 10:15 16:2
**10** 3:8
**105** 4:5
**11:24** 1:16 4:7
**11:43** 20:4,5
**11th** 1:15 4:6 21:7
**16** 3:9

**2**

**2** 3:9 16:16 17:3
**2014** 7:13
**2015** 1:15 4:6 17:2 21:7,17
**20th** 7:13
**216** 1:17 2:3 4:7
**2nd** 17:2

**3**

**3:15-cv-00002...** 1:6
**3nd** 21:17

**4**

**5**

**5** 3:3

**6**

**6590** 2:9

**7**

**730** 4:5

**8**

**89501** 1:18 2:4 4:8
**89509** 2:10
**89521** 4:5

**9**

**95%** 16:1