# Exhibit 6

Exhibit 6

# e-depositions

In the Matter Of:
STEPHANIE RIDGWAY vs. SUN VALLEY GENERAL IMPROVEMENT DISTRICT

## Collin Ray

**Date:** June 11, 2015

e-depositions
Phone: 775.240.0186
Email: calendar@e-depositions.com
Internet: http://e-depositions.com/

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE RIDGWAY, )
Plaintiff, )
vs. ) Case No.: 3:15-cv-00002-HDM-WGC
SUN VALLEY GENERAL IMPROVEMENT )
DISTRICT, )
Defendant. )
______________________________ )

RECORDED DEPOSITION OF COLLIN RAY

Taken on June 11th, 2015

At 10:50 a.m.

At 216 East Liberty Street

Reno, Nevada, 89501

APPEARANCES:

For the Plaintiff: LUKE BUSBY, ESQ.
216 East Liberty Street
Reno, Nevada, 89501

For the Defendant: KATHERINE PARKS, ESQ.
THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
6590 S. McCarran Blvd., Suite B
Reno, Nevada, 89509

INDEX


| Witness | Direct | Redirect |
|---|---|---|
| Mr. Ray (BY Mr. Busby) | Page 5 | |
| Mr. Ray (BY Ms. Parks) | | Page 26 |


EXHIBITS


| Number | Description | Page |
|---|---|---|
| Exhibit 1 | Incident Report | 19 |
| Exhibit 2 | Affidavit | 21 |

MR. IVEY: We're now on the record in the matter of Stephanie Ridgway versus Sun Valley General Improvement District. My name is Mark Ivey. I am the videographer and officer of the court. I work for E-Depositions, LLC located at 730 Sandhill Road, Suite 105, Reno, Nevada, 89521.

Today's date is June 11th, 2015 and the time is 10:50 AM. This deposition is being held at 216 East Liberty Street, Reno, Nevada, 89501. This is a recorded deposition of Collin Ray. Mr. Ray, can you please raise your right hand? Do you solemnly swear that the testimony you are about to give will be the truth, the whole and nothing but the truth, so help you God?

MR. RAY: Yes.

MR. IVEY: Thank you. Can you please state your name with the spelling?

MR. RAY: My name is Collin Ray, C-O-L-L-I-N R-A-Y.

MR. IVEY: Thank you. The electronic and audio visual recording of this deposition will be the official record. A certified transcript will be created from the recording of this deposition by E-Depositions, LLC. Would all attorneys present please identify themselves, their firm, anybody with them and the party they represent, beginning with the party noticing the proceeding?

LUKE BUSBY: Luke Busby appearing for plaintiff,

Stephanie Ridgway.
KATHERINE PARKS: Katherine Parks on behalf of Sun Valley General Improvement District with the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger.
MR. IVEY: Thank you.
DIRECT EXAMINATION
BY: Luke Busby
**Q: Thank you. Good morning, Mr. Ray. Thank you for coming today. I appreciate it.**
A: Yeah.
**Q: Sorry to divert you from your regular schedule.**
A: No, that's fine.
**Q: Do you understand why we're here today?**
A: Yes.
**Q: I'm going to take a minute to explain the deposition process. I'll be asking you questions. The court reporter is going to record it and transcribe your answers. Do you understand that?**
A: Yes.
**Q: Your answers are given under oath, subject to penalty of perjury, the same as if you were testifying in a court of law. Do you understand that?**
A: Yes.
**Q: And your testimony may be used in a later proceeding, at a trial as evidence. Do you understand that?**



A: Yeah.
**Q: If at any time you don't understand one of my questions, let me know and I'll either explain the question or rephrase it for you. If you answer my question without asking for clarification, I'll take it to mean that you understood what I meant. Fair enough?**
A: Fair enough.
**Q: And if you don't hear one of my questions, same rules apply, okay?**
A: Okay.
**Q: And if I'm in the middle of one of my questions and you feel you know the answer, I would just ask that you let me finish before answering so that the record is clear for the court and I'll try and do the same for you.**
A: Yes, sir.
**Q: Do you know who the plaintiff is in this matter?**
A: What do you mean by that?
**Q: Do you know who the plaintiff in this lawsuit is, Ms. Stephanie Ridgway?**
A: I met her once and she was at the pool when I met her.
**Q: Are you referring to Sun Valley Pool?**
A: Yes.
**Q: And you worked at Sun Valley Pool?**
A: Yes. This will by my third year working there.



**Q: You're working there currently.**
A: Yes.
**Q: And so you started working there in 2012?**
A: '13 I believe.
**Q: Were you working at Sun Valley Pool on June 20th, 2014 to the best of your knowledge?**
A: Yes.
**Q: Okay. So do you remember Ms. Ridgway?**
A: Yes.
**Q: And can you just state your age for the record?**
A: I'm 18 years old.
**Q: And you live in Reno?**
A: Wingfield Springs, Spanish Spring area.
**Q: And you're only employed by Sun Valley General Improvement District at the moment?**
A: Yes.
**Q: And you're a student at UNR?**
A: No. Graduated high school.
**Q: Oh, that's great.**
A: Thank you.
**Q: Okay. Congratulations. Do you understand why I brought you in to ask you questions today?**
A: Yes.
**Q: And what's your understanding of why that is?**
A: Because I believe there was a miscommunication or



a wrong in someone's words that had happened.
**Q: Can you explain what you mean by that?**
A: So I believe that as one of my coworkers told me to go and check on Ms. Stephanie, that I went over and I spoke with her briefly because she looked like she was in a lot of pain, and I asked her if she needed any help, like, ice because she looked like she was in a lot of pain and speaking to my coworker, DJ, he told me -- like he called me for assistance which is two whistle blows for an assistance and he called me over saying that she went down the dark blue slide which goes into the shallow end and which is three and a half feet deep, and he told me that she hit the bottom of the floor of the pool pretty hard and hurt herself, and she walked across the pool to the other side where the stairs are, and he called me over and he asked me to see if she was okay because that's really what my job is. And so, I asked her and she said, "No, I'm fine." And then the second time, I kind of looked over again. She was in the same spot. I went over to her again and I said, "Are you sure you need -- Do you need anything? You look like you're in a lot of pain. Ice, anything?" She said, "No, I'm fine." And then, I went to Brian which was on guard stand two, watching the shallow end of the pool.
**Q: By Brian, who are you referring to?**
A: Head guard.
**Q: Do you know his last name?**

A: Pachnik. And as I was talking to him, I was saying that she looks like she's in a lot of pain. I've asked her twice if she needed any help and she said she was fine. So I asked him, which he was a head guard at the time, and he would have more experience on what to do in this scenario. So I brought him over when he got off the stand, and he said, "Are you okay?" And then she still proceeded to say, "No, I'm fine." And then after that, the fourth time that I -- I'm now persistent, of course, and I brought my supervisor out there, which is Lauren Going.

**Q: Can you spell that name please?**

A: L-A-U-R-E-N G-O-I-N-G. So I brought my supervisor now, and finally, we asked her one last time if she was okay, she said, "No, I'm not okay." And we got her out of the pool. We got her into a chair. We got her ice, and then we called the EMS and they were on their way.

**Q: When you're referring to the person in the pool, you're talking about the plaintiff in this case, Stephanie Ridgway, is that correct?**

A: Yes.

**Q: To the best of your knowledge. Did you see Ms. Ridgway hit the bottom of the pool?**

A: I did not but DJ did -

**Q: And DJ, who do you mean by DJ?**

A: DJ was another one of my coworkers that was



working on the -- well, guarding the slides at that time.

**Q: Do you know DJ's real name, full name?**

A: No.

**Q: Is it Denny?**

A: Yes. That's him.

**Q: So when you say DJ, you mean Denny?**

A: Yes.

**Q: Okay. Thank you. So how long after Ms. Ridgway hit the bottom of the pool do you think it was before you saw her?**

A: I want to say maybe about two minutes after.

**Q: So pretty quickly.**

A: Yeah. That was the time that she hit the ground, walked over to the other side of the pool, and then DJ calling me over and asking me.

**Q: Okay. You said that she appeared to be in pain. Can you indicate what it is you saw her doing that made you think that?**

A: She was holding her foot, like, constantly kind of swaying back and forth, and she looked like to be tearing up a little bit. That's about it, and I kept asking her.

**Q: So it was clear to you something wasn't right --**

A: Yeah, that's why I was very persistent.

**Q: Okay. Have you ever seen anyone else get hurt on the pool, on the slides, at Sun Valley Pool?**



A: Other than like little minor cuts and scrapes, like from people going too fast down and like hitting their foot and scraping it at the bottom, other than that, no.

**Q: So other people have hit their feet on the bottom of the pool on the same slide?**

A: Bigger people. So like, I would say, 18 and up, taller, probably about like 5'8" or taller, they would hit the bottom --

**Q: Every time?**

A: Not every time.

MS. PARKS: Just a moment. Objection, lack of foundation, calls for speculation.

**Q: Unless directed otherwise, just to explain, Ms. Parks may object to my questioning from time to time. If she does, unless instructed otherwise, just go ahead and answer the question when she's done with her objection.**

A: Okay.

**Q: So you remember the question?**

A: Say that again?

**Q: I asked you if other people had hit their feet on the bottom of the pool when you were explaining that larger people and I asked you what you meant by larger people.**

A: Taller, heavier. I mean I sometimes do it. If my feet are completely straight then I will hit it. But I gotta ball up a little bit because they're child slides. They're



meant for children.

**Q: Can you estimate how many other people you witnessed hit the bottom of the pool after using the slide?**

A: Since this is my third year working there, I would say maybe one or two.

**Q: But you personally hit the bottom of the pool after using the slide?**

A: Yeah.

**Q: Do you know which slide Ms. Ridgway used at that time?**

A: She used the dark blue slide that went into the shallow end.

**Q: Would that be the Blue Team Tube?**

A: Yeah.

**Q: Not the Lifestyle Homes Loop?**

A: No.

**Q: The [Blue Team Tube] goes into the shallow end of the pool.**

A: Yes.

**Q: Okay. Can you recall anything else about what you saw after you began treating -- you've asked Ms. Ridgway what was wrong?**

A: Clarify that for me.

**Q: Is there anything else that sticks out in your mind about what happened after you and Brian started**

13

**administering basic first aid to her?**
A: She became more -- what's the word I'm looking for? Compliable I want to say. It's like she wanted to work with us --
**Q: I'm sorry. Go ahead.**
A: She was willing to work with us in getting her out of the pool and moving her to a safer area.
**Q: So she became more cooperative?**
A: Yes, that's the word I was looking for.
**Q: So have you seen anyone else get injured using the [blue teen tube] slide? But you have seen other people hit the bottom?**
A: Yeah. They would like occasionally like graze it or something like that but other than that, they wouldn't get severely hurt like Ms. Stephanie.
**Q: When you were saying that this would happen to larger people, do you mean larger people by weight?**
A: No, tall, skinny because they are lanky and they can hit the bottom as well. I'm not just generalizing obese people because they're -- I mean that's rude. I wouldn't do that.
**Q: But the plaintiff is a larger woman, is she not?**
A: I believe so. I mean I haven't seen her.
**Q: Is that your recollection at the time that this happened, she was a larger woman?**

14

A: Yes.
**Q: Okay. And did you see any other large people hit the bottom of the pool while using the same slide?**
A: Are you talking about --?
**Q: I'm talking about large in terms of weight.**
A: Well, yes, of course, but I mean in my years of working there?
**Q: Yeah.**
A: Yes, I have. I've seen one older male go down probably about mid-40s, and he would go down the dark blue slide all the time and, like, curled in a ball. He would never hit the bottom.
**Q: But other people would?**
A: Some people would, yeah.
MS. PARKS: Objection, vague and ambiguous.
**Q: Other people would hit the bottom of the pool?**
MS. PARKS: Same objection.
**Q: Go ahead.**
MS. PARKS: And asked and answered.
A: I would say that.
**Q: Other larger people would hit the bottom of the pool?**
MS. PARKS: Objection, asked and answered.
**Q: Go ahead and answer.**
A: Yes.

15

**Q: Did you ever write any incident reports about any of those occurrences?**
A: What do you mean?
**Q: When someone gets hurt at the pool, do you write an incident report about it?**
A: Yes.
**Q: Do you recall writing any incident reports about any of these other people who hit the bottom of the pool after using the slide?**
A: Yes. Like just minor cuts, we would have then come to and do first aid, like Band-Aid and whatever, tell them that they can't go into the pool again because Band-Aids are gross and stay at the bottom of the pool.
**Q: Don't want people bleeding in your pool?**
A: Yeah.
**Q: Okay. So you personally wrote incident reports that describe occurrences where other people had hit the bottom of the pool using the same slide.**
A: No. I mean people would do it in other slides, too.
**Q: So people would hit the bottom of the pool in the slide that Stephanie went down and other slides?**
A: Sometimes. Not all the time. Not in my occurrences have I seen people actually hit the floor. I've been told, but I would go off of what people say.

16

**Q: Do you know who told you that?**
A: I do not recall that.
**Q: But you do recall having conversations where other people described to you that people who were using slides at the pool would hit the bottom?**
A: Yes.
**Q: Is that kind of common knowledge with the lifeguard at the pool?**
MS. PARKS: Objection, calls for speculation.
**Q: Go ahead and answer.**
A: No.
**Q: Okay. But did you ever have a conversation with another lifeguard at the pool in which he talked about people hitting the bottom of the pool after going down the slides?**
A: Yes.
**Q: Do you know who you talk to then, who you had those conversations with?**
A: I don't recall, but I know it was an older guard there.
**Q: An older guard.**
A: Yes.
**Q: You don't remember the person's name?**
A: Not off hand, no.
**Q: Do you know how old they were?**
A: I want to say it was either Brian or Brandon, so

17

it was one of those two.
**Q: Do you know how old Brandon is?**
A: He's 28.
**Q: Is 28 older for a lifeguard at the pool?**
A: Yeah.
**Q: Okay. Your making me feel pretty old.**
A: Yes.
**Q: Have you talked to anybody else about this incident?**
A: My parents because they need to know what I was doing. I had to tell my dad about it and he was like, "Okay."
MS. PARKS: Do you mean your deposition, that you're being deposed?
A: Yes.
MS. PARKS: That's what you talked to your dad about?
A: Yes.
**Q: Thanks for the clarification. I meant about what happened to Ms. Ridgway at the pool.**
A: No, I didn't clarify that. I just told him that I had a subpoena that I had to go to, and if I didn't go, it would be obstruction of justice, of course.
**Q: Have you talked about what happened to Ms. Ridgway with anybody else?**
A: Only other, like, the other people that had been

18

called into the depositions.
**Q: Did you talk to Denny about it?**
A: He left before we even spoke about it.
**Q: So you haven't talked to Denny about it.**
A: No. I only talked to Brian because Denny is at a different pool and I haven't seen him since last year.
**Q: But you and Brian had a conversation about what occurred?**
A: Briefly, yes.
**Q: When did you talk?**
A: Probably when I first got the call from Kathy about all of this.
**Q: By Kathy, you mean Katherine Parks?**
A: Yes.
**Q: Do you know who Mike Ariztia is?**
A: Yes.
**Q: Who is he?**
A: He is our pool manager.
**Q: Did you talk to him about this incident?**
A: Yes.
**Q: And you basically just told him just what you told me?**
A: Yes.
**Q: Okay. Did you tell him that you knew about other people hitting the bottom of the pool?**

19

A: Not really. I just wanted to make sure the main injury was dealt with and clarified with my manager.
**Q: Okay. So you had this conversation with Mr. Ariztia shortly after Ms. Ridgway was injured.**
A: Yes.
**Q: Not within the past couple of months. Okay, have you talked to Mr. Ariztia about the incident at any time after that discussion that occurred shortly after the event?**
A: Just very briefly saying that I had gotten a subpoena about it and I had to go in and speak about it.
**Q: I want to show you a couple of documents. I want to start with a document that's been marked as Exhibit 1 and I'll just ask you, do you recognize what this is?**
A: Yes. This is my incident report.
**Q: And can you describe, elaborate on what this document is?**
A: This document is an incident report that we wrote for Ms. Ridgway or that I wrote for Ms. Ridgway.
**Q: So you're the author of this document.**
A: Yes.
**Q: Do you know when you wrote it?**
A: It says date of incidence, 6-20. Time is 3:40 p.m.
**Q: So did you write this incident report just shortly after Ms. Ridgway --?**

20

A: After she became more -- that word again?
**Q: Cooperative?**
A: Yes, more cooperative. We got her out the pool. I grabbed the incident report book, and I immediately started writing as our cashier started calling EMS.
**Q: So Ms. Ridgway left the scene in an ambulance, is that correct?**
A: Yes.
**Q: REMSA came and got her and carted her off to Renown to the best of your knowledge? Okay. Could you just answer an audible --**
A: Yes.
**Q: And I'd like to refer you to page two here. The fourth line from the bottom, it states names of lifeguards involved in the incident.**
A: Yes.
**Q: Did you write these names here?**
A: Yes.
**Q: Okay. Can you identify who these people are by their last names if you know?**
A: Brian Packnik, Collin Ray, Carlos Perez and Jade Park . I mean I was trying to write down more people but I wanted to take care of the issue first.
**Q: So Carlos Perez was a lifeguard at the pool?**
A: Yes.

**Q: At the same time that this occurred?**
A: Yes.
**Q: And [Jade Park] was the lifeguard at the pool, at the same time that this occurred?**
A: Yes.
**Q: Have you had any discussions with them about what happened?**
A: Right after the incident when EMS was called, I had a brief discussion about it but nothing was fully explained.
**Q: I'd just like to refer you to another document that's been marked as Exhibit 2, and I'd like to ask you to go ahead and read it and let me know when you're finished.**
A: Do you want me to start with "I, Cynthia?"
**Q: Yes, sir, the whole thing.**
A: All right.
**Q: You can go ahead and read it to yourself. I'm sorry, but when you're finished, let me know and I'll ask you a few questions.**
A: Okay.
**Q: All right. Are you finished reviewing this document?**
A: Yes.
**Q: This is the affidavit of Cynthia Sanchez, sworn on the 2nd of January 2015. Are we looking at the same document?**
A: Yes, sir.



**Q: I'd like to refer you to Line Number 7 where it states, "On June 20th, 2014, I heard a lifeguard helping Stephanie Ridgway at Sun Valley Pool state that other people had hit the bottom of the pool after using the same water slide at Sun Valley Pool."**
**Q: And this is Ms. Sanchez saying she heard this. Is that your understanding?**
A: I don't know who Cynthia Sanchez is.
**Q: Did you hear anybody say that when you were treating Ms. Ridgway?**
A: No.
**Q: Did you say that?**
A: No.
**Q: It also states that other people had been hurt using the same water slide at Sun Valley Pool.**
A: Speaking of like smaller cuts and abrasions, nothing that had hurt anyone this bad to call EMS.
**Q: Did you say that?**
A: No.
**Q: Do you know who said that, too?**
A: No.
**Q: And that such incidence happened all the time. Do you recall anybody saying that --**
A: No.
**Q: --at that time? Okay, do you recall hearing Ms.**



**Ridgway scream in pain?**
A: She wasn't screaming in pain.
**Q: You didn't see that or hear that.**
A: I didn't see or hear it because I had walked by her multiple times and asking her if she was okay, and every time -- I mean she looked like she was in pain, and I wanted to make sure she was okay, and she said she just hurt her foot. I mean it could be like a small cut or anything like that that we could apply a bandage to but she didn't say it was this severe.
**Q: But referring back to Paragraph 7 in Exhibit 2, you didn't hear anybody say that at the pool when they were treating Ms. Ridgway.**
A: No.
**Q: And you didn't say that. Okay, I'd like to refer you back to Exhibit 1 if I could. You've worked at the pool for some time.**
A: Yes.
**Q: How many of these incident reports have you filled out since you've worked there?**
A: This was my second one that I filled out.
**Q: Can you give me an approximate number of how many you filled out total?**
MS. PARKS: Objection, asked and answered. He just said this is the second one he filled out.
MR. BUSBY: I'm asking him how many he's filled



out in all time.
MS. PARKS: Right and that was his testimony.
**Q: So is your answer that you filled out two of them?**
A: Yes, at this time, two.
**Q: At this time, okay. Since then, how many have you filled out?**
A: Three and one was myself.
**Q: So you filled out a total of five incident reports?**
A: No.
**Q: How many total incident reports have you filled out since the beginning of time until today?**
A: Four.
**Q: Do you recall what those other incident reports were about?**
A: Yes.
**Q: Can you list them?**
A: Three of them were mine.
**Q: Oh, okay.**
A: Yeah, because I am kind of clumsy and I accidentally -- so I'll be working and I'll accidently cut myself and I have to fill out one of these incident reports. So all three times that I've worked there and including this year. I jumped off the guard stand practicing a rescue and I accidentally scraped the bottom of the pool.

**Q: Can you remember the others?**

A: One was like a small laceration on my finger but I can't remember what caused it by, myself and being clumsy, and the first time that I had to fill one out or someone filled one out for me was my first year of working there, and that day, I didn't drink any water, and I locked my knees and I ended up fainting.

**Q: Oh.**

A: Yeah, that was fun.

**Q: Are you aware of anyone else at the pool who has filled out an incident report describing an occurrence where somebody went down in one of the slides and hit the bottom of the pool?**

MS. PARKS: Objection, calls for speculation, lack of foundation.

**Q: Go ahead.**

A: No.

**Q: Are you aware of anyone else who may have knowledge of the incident, what happened to Ms. Ridgway that we haven't discussed so far?**

A: You mean like anyone else that has been told this information about Ms. Ridgway?

**Q: Anyone else who may be a witness that we haven't talked about yet?**

A: I would say Lauren. Lauren was my supervisor that



came in a little later then I asked her, and then Brian and Denny.

**Q: Okay. All right. I have no further questions. Thank you so much for your time, sir.**

**REDIRECT EXAMINATION**

**BY: Katherine Parks**

**Q: Mr. Ray, just a moment please. Mr. Ray, are you aware of anyone else other than Ms. Ridgway who was injured going down the slide and striking their foot on the bottom of the pool that required the District, you or anyone else to have to call emergency medical personnel?**

A: No, ma'am.

**Q: No further questions.**

**MR. BUSBY: Okay.**

MR. IVEY: This concludes the recorded deposition of Collin Ray. Going off the record in the matter of Stephanie Ridgway versus Sun Valley General Improvement District. The time is 11:20 a.m.

(Deposition adjourned at 11:20 a.m.)



CERTIFICATE OF RECORDER

STATE OF NEVADA

COUNTY OF WASHOE

NAME OF CASE: STEPHANIE RIDGWAY, vs. SUN VALLEY GENERAL IMPROVEMENT DISTRICT,

I, Mark Ivey, a duly commissioned Notary Public, County of Washoe, State of Nevada, do hereby certify: That I recorded the taking of the deposition of the witness, Collin Ray, commencing on June 11th, 2015.

That prior to being examined the witness was duly sworn to testify to the truth. That I thereafter transcribed or supervised transcription from Recorded Audio and Visual Record and said deposition is a complete, true and accurate transcription.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand in my County of Washoe, State of Nevada, this July 2nd, 2015.

Mark Ivey

Notary

**A**

**a.m** 1:16 26:18 26:19
**abrasions** 22:16
**accidentally** 24:21,25
**accidently** 24:21
**accurate** 27:10
**action** 27:14,15
**adjourned** 26:19
**administering** 13:1
**affidavit** 3:11 21:23
**age** 7:10
**ahead** 11:15 13:5 14:18,24 16:10 21:12,16 25:16
**aid** 13:1 15:11
**ambiguous** 14:15
**ambulance** 20:6
**answer** 6:4,12 11:15 14:24 16:10 20:11 24:3
**answered** 14:19 14:23 23:23
**answering** 6:13
**answers** 5:17,20
**anybody** 4:22 17:8,24 22:9 22:23 23:11
**APPEARAN...** 2:1
**appeared** 10:16
**appearing** 4:25
**apply** 6:9 23:9
**appreciate** 5:9
**approximate** 23:21
**area** 7:13 13:7
**Ariztia** 18:15 19:4,7
**Armstrong** 2:7 5:4
**asked** 8:6,15,16 9:2,4,13 11:20 11:22 12:21 14:19,23 23:23 26:1
**asking** 5:16 6:4 10:15,21 23:5 23:25
**assistance** 8:8,9
**attorney** 27:13 27:14
**attorneys** 4:21
**audible** 20:11
**audio** 4:18 27:10
**author** 19:19
**aware** 25:10,18 26:8

**B**

**B** 2:9
**back** 10:20 23:10,15
**bad** 22:17
**Balkenbush** 2:7 5:4
**ball** 11:25 14:11
**Band-Aid** 15:11
**Band-Aids** 15:12
**bandage** 23:9
**basic** 13:1
**basically** 18:21
**began** 12:21
**beginning** 4:23 24:12
**behalf** 5:2
**believe** 7:4,25 8:3 13:23
**best** 7:6 9:21 20:10
**Bigger** 11:6
**bit** 10:21 11:25
**bleeding** 15:14
**blows** 8:9
**blue** 8:10 12:11 12:13,17 13:11 14:10
**Blvd** 2:9
**book** 20:4
**bottom** 8:12 9:22 10:9 11:3 11:4,8,21 12:3 12:6 13:12,19 14:3,12,16,21 15:8,13,17,21 16:5,14 18:25 20:14 22:4 24:25 25:12 26:9
**Brandon** 16:25 17:2
**Brian** 8:21,23 12:25 16:25 18:5,7 20:21 26:1
**brief** 21:9
**briefly** 8:5 18:9 19:9
**brought** 7:22 9:6,9,12
**Busby** 2:2 3:4 4:25,25 5:7 23:25 26:14

**C**

**C-O-L-L-I-N** 4:16
**call** 18:11 22:17 26:11
**called** 8:8,9,14 9:15 18:1 21:8
**calling** 10:14 20:5
**calls** 11:12 16:9 25:14
**can't** 15:12 25:3
**care** 20:23
**Carlos** 20:21,24
**carted** 20:9
**case** 1:6 9:18 27:4
**cashier** 20:5
**caused** 25:3
**CERTIFICATE** 27:1
**certified** 4:20
**certify** 27:6,12
**chair** 9:15
**check** 8:4
**child** 11:25
**children** 12:1
**clarification** 6:5 17:18
**clarified** 19:2
**clarify** 12:23 17:20
**clear** 6:13 10:22
**clumsy** 24:20 25:3
**Collin** 1:14 4:9 4:16 20:21 26:16 27:7
**come** 15:11
**coming** 5:9
**commencing** 27:7
**commissioned** 27:5
**common** 16:7
**complete** 27:10
**completely** 11:24
**Compliable** 13:3
**concludes** 26:15
**Congratulations** 7:21
**constantly** 10:19
**conversation** 16:12 18:7 19:3
**conversations** 16:3,17
**cooperative** 13:8 20:2,3
**correct** 9:19 20:7
**counsel** 27:13,14
**County** 27:3,5 27:17
**couple** 19:6,11
**course** 9:9 14:6 17:22
**court** 1:1 4:4 5:16,22 6:14
**coworker** 8:8
**coworkers** 8:3 9:25
**created** 4:20
**curled** 14:11
**currently** 7:1
**cut** 23:8 24:21
**cuts** 11:1 15:10 22:16
**Cynthia** 21:13 21:23 22:8

**D**

**dad** 17:11,15
**dark** 8:10 12:11 14:10
**date** 4:6 19:22
**day** 25:5
**dealt** 19:2
**deep** 8:11
**Defendant** 1:9 2:6
**Delk** 2:7 5:4
**Denny** 10:4,6 18:2,4,5 26:2
**deposed** 17:13
**deposition** 1:14 4:7,8,19,21 5:16 17:12 26:15,19 27:6 27:10
**depositions** 18:1

**describe** 15:17 19:15
**described** 16:4
**describing** 25:11
**Description** 3:9
**didn't** 17:20,21 23:3,4,9,11,14 25:6
**different** 18:6
**Direct** 3:2 5:6
**directed** 11:13
**discussed** 25:20
**discussion** 19:8 21:9
**discussions** 21:6
**District** 1:1,2,8 4:3 5:3 7:15 26:10,17 27:4
**divert** 5:11
**DJ** 8:8 9:23,24 9:24,25 10:6 10:14
**DJ's** 10:2
**document** 19:12 19:16,17,19 21:10,21,24
**documents** 19:11
**doing** 10:17 17:11
**don't** 6:2,8 15:14 16:18,22 22:8
**drink** 25:6
**duly** 27:5,8

**E**

**E-Depositions** 4:4,21
**East** 1:17 2:3 4:7
**Eisinger** 2:8 5:4
**either** 6:3 16:25
**elaborate** 19:15
**electronic** 4:18
**emergency** 26:11
**employed** 7:14
**employee** 27:12 27:13
**EMS** 9:16 20:5 21:8 22:17
**ended** 25:6
**ESQ** 2:2,6
**estimate** 12:2
**event** 19:8
**evidence** 5:25
**EXAMINATI...** 5:6 26:5
**examined** 27:8
**Exhibit** 3:10,11 19:12 21:11 23:10,15
**EXHIBITS** 3:8
**experience** 9:5
**explain** 5:15 6:3 8:2 11:13
**explained** 21:9
**explaining** 11:21

**F**

**fainting** 25:7
**Fair** 6:6,7
**far** 25:20
**fast** 11:2
**feel** 6:12 17:6
**feet** 8:11 11:4,20 11:24
**fill** 24:22 25:4
**filled** 23:18,20 23:22,24,25 24:3,6,8,11 25:4,11
**finally** 9:13
**financially** 27:14
**fine** 5:12 8:16,20 9:3,7
**finger** 25:2
**finish** 6:13
**finished** 21:12 21:17,20
**firm** 4:22 5:3
**first** 13:1 15:11 18:11 20:23 25:4,5
**five** 24:8
**floor** 8:12 15:24
**foot** 10:19 11:2 23:7 26:9
**forth** 10:20
**foundation** 11:12 25:15
**Four** 24:13
**fourth** 9:8 20:14
**full** 10:2
**fully** 21:9
**fun** 25:9
**further** 26:3,13 27:12

**G**

**G-O-I-N-G** 9:12
**General** 1:7 4:2 5:3 7:14 26:17 27:4
**generalizing** 13:19
**getting** 13:6
**give** 4:10 23:21
**given** 5:20
**go** 8:4 11:15 13:5 14:9,10 14:18,24 15:12 15:25 16:10 17:21,21 19:10 21:11,16 25:16
**God** 4:12
**goes** 8:10 12:17
**going** 5:15,17 9:10 11:2 16:14 26:9,16
**Good** 5:8
**gotta** 11:24
**gotten** 19:9
**grabbed** 20:4
**Graduated** 7:18
**graze** 13:13
**great** 7:19
**gross** 15:13
**ground** 10:13
**guard** 8:21,24 9:4 16:18,20 24:24
**guarding** 10:1

**H**

**half** 8:11
**hand** 4:9 16:23 27:16
**happen** 13:16
**happened** 8:1 12:25 13:25 17:19,23 21:7 22:22 25:19
**hard** 8:13
**haven't** 13:23 18:4,6 25:20 25:23
**he's** 17:3 23:25
**head** 8:24 9:4
**hear** 6:8 22:9 23:3,4,11
**heard** 22:2,6
**hearing** 22:25
**heavier** 11:23
**held** 4:7
**help** 4:11 8:6 9:3
**helping** 22:2
**hereunto** 27:16
**high** 7:18
**hit** 8:12 9:22 10:9,13 11:4,7 11:20,24 12:3 12:6 13:11,19 14:2,11,16,21 15:8,17,21,24 16:5 22:4 25:12
**hitting** 11:2 16:14 18:25
**holding** 10:19
**Homes** 12:15
**hurt** 8:13 10:24 13:15 15:4 22:14,17 23:7

**I**

**I'd** 20:13 21:10 21:11 22:1 23:14
**I'll** 5:16 6:3,5,14 19:13 21:17 24:21,21
**I'm** 5:15 6:11 7:11 8:16,20 9:7,14 13:2,5 13:19 14:5 21:16 23:25
**I've** 9:2 14:9 15:24
**ice** 8:6,20 9:15
**identify** 4:22 20:19
**immediately** 20:4
**Improvement** 1:7 4:2 5:3 7:15 26:17 27:4
**incidence** 19:22 22:22
**incident** 3:10 15:1,5,7,16 17:9 18:19 19:7,14,17,24 20:4,15 21:8 23:18 24:8,11 24:14,22 25:11 25:19
**including** 24:23
**INDEX** 3:1
**indicate** 10:17
**information** 25:22
**injured** 13:10 19:4 26:8

**injury** 19:2
**instructed** 11:15
**interested** 27:14
**involved** 20:15 27:14
**issue** 20:23
**It's** 13:3
**Ivey** 4:1,3,14,18 5:5 26:15 27:5 27:19

**J**

**Jade** 20:21 21:3
**January** 21:24
**job** 8:16
**July** 27:17
**jumped** 24:24
**June** 1:15 4:6 7:5 22:2 27:7
**justice** 17:22

**K**

**Katherine** 2:6 5:2,2 18:13 26:6
**Kathy** 18:11,13
**kept** 10:21
**kind** 8:17 10:19 16:7 24:20
**knees** 25:6
**knew** 18:24
**know** 6:3,12,16 6:18 8:25 10:2 12:9 16:1,16 16:18,24 17:2 17:10 18:15 19:21 20:20 21:12,17 22:8 22:20
**knowledge** 7:6 9:21 16:7 20:10 25:19

**L**

**L-A-U-R-E-N** 9:12
**laceration** 25:2
**lack** 11:11 25:15
**lanky** 13:18
**large** 14:2,5
**larger** 11:21,22 13:17,17,22,25 14:21
**Lauren** 9:10 25:25,25
**law** 5:3,22
**lawsuit** 6:18
**left** 18:3 20:6
**Liberty** 1:17 2:3 4:7
**lifeguard** 16:8 16:13 17:4 20:24 21:3 22:2
**lifeguards** 20:14
**Lifestyle** 12:15
**line** 20:14 22:1
**list** 24:17
**little** 10:21 11:1 11:25 26:1
**live** 7:12
**LLC** 4:4,21
**located** 4:4
**locked** 25:6
**long** 10:8
**look** 8:19
**looked** 8:5,7,17 10:20 23:6
**looking** 13:2,9 21:24
**looks** 9:2
**Loop** 12:15
**lot** 8:5,7,20 9:2
**Luke** 2:2 4:25 4:25 5:7

**M**

**ma'am** 26:12
**main** 19:1
**making** 17:6
**male** 14:9
**manager** 18:18 19:2
**Mark** 4:3 27:5 27:19
**marked** 19:12 21:11
**matter** 4:1 6:16 26:16
**McCarran** 2:9
**mean** 6:5,17 8:2 9:24 10:6 11:23 13:17,20 13:23 14:6 15:3,19 17:12 18:13 20:22 23:6,8 25:21
**meant** 6:6 11:22 12:1 17:18
**medical** 26:11
**met** 6:20,20
**mid-40s** 14:10
**middle** 6:11
**Mike** 18:15
**mind** 12:25
**mine** 24:18
**minor** 11:1 15:10
**minute** 5:15
**minutes** 10:11
**miscommunic...** 7:25
**moment** 7:15 11:11 26:7
**months** 19:6
**morning** 5:8
**moving** 13:7
**multiple** 23:5

**N**

**name** 4:3,15,16 8:25 9:11 10:2 10:2 16:22 27:4
**names** 20:14,17 20:20
**need** 8:19,19 17:10
**needed** 8:6 9:3
**Nevada** 1:2,18 2:4,10 4:5,8 27:2,6,17
**never** 14:11
**Notary** 27:5,20
**noticing** 4:24
**number** 3:9 22:1 23:21

**O**

**oath** 5:20
**obese** 13:19
**object** 11:14
**objection** 11:11 11:16 14:15,17 14:23 16:9 23:23 25:14
**obstruction** 17:22
**occasionally** 13:13
**occurred** 18:8 19:8 21:1,4
**occurrence** 25:11
**occurrences** 15:2,17,24
**office** 27:16
**officer** 4:4
**official** 4:19
**Oh** 7:19 24:19 25:8
**okay** 6:9,10 7:8 7:21 8:15 9:7 9:13,14 10:8 10:16,24 11:17 12:20 14:2 15:16 16:12 17:6,11 18:24 19:3,6 20:10 20:19 21:19 22:25 23:5,7 23:14 24:5,19 26:3,14
**old** 7:11 16:24 17:2,6
**older** 14:9 16:18 16:20 17:4
**once** 6:20

**P**

**p.m** 19:23
**Pachnik** 9:1
**Packnik** 20:21
**page** 3:3,5,9 20:13
**pain** 8:6,7,20 9:2 10:16 23:1,2,6
**Paragraph** 23:10
**parents** 17:10
**Park** 20:22 21:3
**Parks** 2:6 3:6 5:2,2 11:11,14 14:15,17,19,23 16:9 17:12,15 18:13 23:23 24:2 25:14 26:6
**parties** 27:13
**party** 4:23,23
**penalty** 5:21
**people** 11:2,4,6 11:20,22,22 12:2 13:11,17 13:17,20 14:2 14:13,14,16,21 15:8,14,17,19 15:21,24,25 16:4,4,13 17:25 18:25 20:19,22 22:3 22:14
**Perez** 20:21,24
**perjury** 5:21
**persistent** 9:9

10:23
**person** 9:17 27:14
**person's** 16:22
**personally** 12:6 15:16
**personnel** 26:11
**plaintiff** 1:5 2:2 4:25 6:16,18 9:18 13:22
**please** 4:9,14,22 9:11 26:7
**pool** 6:20,22,24 7:5 8:12,13,22 9:14,17,22 10:9,14,25,25 11:5,21 12:3,6 12:18 13:7 14:3,16,22 15:4,8,12,13 15:14,18,21 16:5,8,13,14 17:4,19 18:6 18:18,25 20:3 20:24 21:3 22:3,4,5,15 23:11,15 24:25 25:10,13 26:10
**practicing** 24:24
**present** 4:22
**pretty** 8:13 10:12 17:6
**prior** 27:8
**probably** 11:7 14:10 18:11
**proceeded** 9:7
**proceeding** 4:24 5:25
**process** 5:16
**Public** 27:5

**Q**

**question** 6:3,4 11:16,18
**questioning** 11:14
**questions** 5:16 6:3,8,11 7:22 21:18 26:3,13
**quickly** 10:12

**R**

**R-A-** 4:16
**raise** 4:9
**Ray** 1:14 3:3,5 4:9,9,13,16,16 5:8 20:21 26:7 26:7,16 27:7
**read** 21:12,16
**real** 10:2
**really** 8:15 19:1
**recall** 12:20 15:7 16:2,3,18 22:23,25 24:14
**recognize** 19:13
**recollection** 13:24
**record** 4:1,19 5:17 6:13 7:10 26:16 27:10
**recorded** 1:14 4:8 26:15 27:6 27:9
**RECORDER** 27:1
**recording** 4:19 4:20
**Redirect** 3:2 26:5
**refer** 20:13 21:10 22:1 23:14
**referring** 6:22 8:23 9:17 23:10
**regular** 5:11
**relative** 27:12,13
**remember** 7:8 11:18 16:22 25:1,3
**REMSA** 20:9
**Reno** 1:18 2:4 2:10 4:5,8 7:12
**Renown** 20:10
**rephrase** 6:4
**report** 3:10 15:5 19:14,17,24 20:4 25:11
**reporter** 5:17
**reports** 15:1,7 15:16 23:18 24:9,11,14,22
**represent** 4:23
**required** 26:10
**rescue** 24:24
**reviewing** 21:20
**Ridgway** 1:4 4:2 5:1 6:19 7:8 9:19,22 10:8 12:9,21 17:19 17:23 19:4,18 19:18,25 20:6 22:3,10 23:1 23:12 25:19,22 26:8,17 27:4
**right** 4:9 10:22 21:8,15,20 24:2 26:3
**Road** 4:5
**rude** 13:20
**rules** 6:9

**S**

**S** 2:9
**safer** 13:7
**Sanchez** 21:23 22:6,8
**Sandhill** 4:5
**saw** 10:9,17 12:21
**saying** 8:10 9:1 13:16 19:9 22:6,23
**says** 19:22
**scenario** 9:5
**scene** 20:6
**schedule** 5:11
**school** 7:18
**scraped** 24:25
**scrapes** 11:1
**scraping** 11:3
**scream** 23:1
**screaming** 23:2
**second** 8:17 23:20,24
**see** 8:15 9:21 14:2 23:3,4
**seen** 10:24 13:10 13:11,23 14:9 15:24 18:6
**set** 27:16
**severe** 23:9
**severely** 13:15
**shallow** 8:11,22 12:12,17
**she's** 9:2 11:16
**shortly** 19:4,8 19:24
**show** 19:11
**side** 8:14 10:14
**sir** 6:15 21:14,25 26:4
**skinny** 13:18
**slide** 8:10 11:5 12:3,7,9,11 13:11 14:3,10 15:9,18,22 22:4,15 26:9
**slides** 10:1,25 11:25 15:19,22 16:4,14 25:12
**small** 23:8 25:2
**smaller** 22:16
**solemnly** 4:10
**somebody** 25:12
**someone's** 8:1
**sorry** 5:11 13:5 21:17
**Spanish** 7:13
**speak** 19:10
**speaking** 8:7 22:16
**speculation** 11:12 16:9 25:14
**spell** 9:11
**spelling** 4:15
**spoke** 8:4 18:3
**spot** 8:18
**Spring** 7:13
**Springs** 7:13
**stairs** 8:14
**stand** 8:21 9:6 24:24
**start** 19:12 21:13
**started** 7:3 12:25 20:4,5
**state** 4:14 7:10 22:3 27:2,6,17
**states** 1:1 20:14 22:2,14
**stay** 15:13
**Stephanie** 1:4 4:2 5:1 6:19 8:4 9:18 13:15 15:22 22:3 26:16 27:4
**sticks** 12:24
**straight** 11:24
**Street** 1:17 2:3 4:8
**striking** 26:9
**student** 7:17
**subject** 5:20
**subpoena** 17:21 19:10
**Suite** 2:9 4:5
**Sun** 1:7 4:2 5:3 6:22,24 7:5,14 10:25 22:3,5 22:15 26:17 27:4

**supervised** 27:9
**supervisor** 9:9 9:12 25:25
**sure** 8:19 19:1 23:7
**swaying** 10:20
**swear** 4:10
**sworn** 21:23 27:8

**T**

**take** 5:15 6:5 20:23
**Taken** 1:15
**talk** 16:16 18:2 18:10,19
**talked** 16:13 17:8,15,23 18:4,5 19:7 25:24
**talking** 9:1,18 14:4,5
**tall** 13:18
**taller** 11:7,7,23
**Team** 12:13,17
**tearing** 10:20
**teen** 13:11
**tell** 15:11 17:11 18:24
**terms** 14:5
**testify** 27:8
**testifying** 5:21
**testimony** 4:10 5:24 24:2
**Thank** 4:14,18 5:5,8,8 7:20 10:8 26:4
**Thanks** 17:18
**that's** 5:12 7:19 8:15 10:5,21 10:23 13:9,20 17:15 19:12 21:11
**they're** 11:25,25 13:20
**thing** 21:14
**think** 10:9,18
**third** 6:25 12:4
**Thorndal** 2:7 5:4
**three** 8:11 24:7 24:18,23
**time** 4:6 6:2 8:17 9:4,8,13 10:1 10:13 11:9,10 11:14,14 12:10 13:24 14:11 15:23 19:7,22 21:1,4 22:22 22:25 23:6,16 24:1,4,5,12 25:4 26:4,18
**times** 23:5 24:23
**today** 5:9,13 7:22 24:12
**Today's** 4:6
**told** 8:3,8,12 15:25 16:1 17:20 18:21,21 25:21
**total** 23:22 24:8 24:11
**transcribe** 5:17
**transcribed** 27:9
**transcript** 4:20
**transcription** 27:9,11
**treating** 12:21 22:10 23:12
**trial** 5:25
**true** 27:10
**truth** 4:11,11 27:9
**try** 6:14
**trying** 20:22
**tube** 12:13,17 13:11
**twice** 9:3
**two** 8:9,21 10:11 12:5 17:1 20:13 24:3,4

**U**

**understand** 5:13 5:18,22,25 6:2 7:21
**understanding** 7:24 22:7
**understood** 6:5
**UNITED** 1:1
**UNR** 7:17

**V**

**vague** 14:15
**Valley** 1:7 4:2 5:3 6:22,24 7:5 7:14 10:25 22:3,5,15 26:17 27:4
**versus** 4:2 26:17
**videographer** 4:3
**visual** 4:19 27:10
**vs** 1:6 27:4

**W**

**walked** 8:13 10:14 23:4
**want** 10:11 13:3 15:14 16:25 19:11,11 21:13
**wanted** 13:3 19:1 20:23 23:6
**Washoe** 27:3,5 27:17
**wasn't** 10:22 23:2
**watching** 8:21
**water** 22:4,15 25:6
**way** 9:16
**we're** 4:1 5:13
**weight** 13:17 14:5
**went** 8:4,10,18 8:21 12:11 15:22 25:12
**what's** 7:24 13:2
**WHEREOF** 27:16
**whistle** 8:9
**willing** 13:6
**Wingfield** 7:13
**witness** 3:2 25:23 27:7,8 27:16
**witnessed** 12:3
**woman** 13:22,25
**word** 13:2,9 20:1
**words** 8:1
**work** 4:4 13:3,6
**worked** 6:24 23:15,19 24:23
**working** 6:25 7:1,3,5 10:1 12:4 14:7 24:21 25:5
**wouldn't** 13:14 13:20
**write** 15:1,4 19:24 20:17,22
**writing** 15:7 20:5
**wrong** 8:1 12:22
**wrote** 15:16 19:17,18,21

**X**

**Y**

**Y** 4:17
**yeah** 5:10 6:1 10:13,23 12:8 12:14 13:13 14:8,14 15:15 17:5 24:20 25:9
**year** 6:25 12:4 18:6 24:23 25:5
**years** 7:11 14:6
**you're** 7:1,14,17 8:19 9:17,18 17:13 19:19 21:12,17
**you've** 12:21 23:15,19

**Z**

**0**

**1**

**1** 3:10 19:12 23:15
**10:50** 1:16 4:7
**105** 4:5
**11:20** 26:18,19
**11th** 1:15 4:6 27:7
**13** 7:4
**18** 7:11 11:6
**19** 3:10

**2**

**2** 3:11 21:11 23:10
**2012** 7:3
**2014** 7:6 22:2
**2015** 1:15 4:6 21:24 27:7,17
**20th** 7:5 22:2
**21** 3:11
**216** 1:17 2:3 4:7
**26** 3:5
**28** 17:3,4
**2nd** 21:24 27:17

**3**

**3:15-cv-00002...** 1:6

**3:40** 19:22

**4**

**5**

**5** 3:3
**5'8** 11:7

**6**

**6-20** 19:22
**6590** 2:9

**7**

**7** 22:1 23:10
**730** 4:5

**8**

**89501** 1:18 2:4 4:8
**89509** 2:10
**89521** 4:5