Luke Busby, Esq.
Nevada State Bar No. 10319
216 East Liberty Street
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for Stephanie Ridgway*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHANIE RIDGWAY,

   Plaintiff,

vs.

SUN VALLEY GENERAL IMPROVEMENT DISTRICT,

   Defendant(s),

_____/

Case No.: 3:15-cv-00002-HDM-WGC

### PLAINTIFF'S FRE 902(11) PRETRIAL NOTICE OF INTENT TO OFFER RECORDS INTO EVIDENCE

Pursuant to Federal Rule of Evidence 902(11), the above named Plaintiff STEPHANIE RIDGWAY, by and through the undersigned counsel, hereby notifies the above named Defendant SUN VALLEY GENERAL IMPROVEMENT DISTRICT of her intent to offer the following certified domestic records of a regularly conducted activity into the record at trial:

1. The certified medical records and bills from Contra Costa Health Services marked as Bates Nos. Ridgway v. SVGID - FRCP 26 2nd Supp. Disc.1-188 and Ridgway v. SVGID - Fourth Supp. - Bates Nos. 1-5.

2. The certified medical records and bills from REMSA marked as Bates Nos. Ridgway v. SVGID - FRCP 26 2nd Supp. 189-198

3. The certified medical records and bills from Renown marked as Bates Nos. Ridgway v. SVGID -

FRCP 26 2nd Supp. 200-253

4. The certified medical records and bills from John Muir Medical Center-Concord marked as Bates Nos. Ridgway v. SVGID - FRCP 26 3rd Supp. 1-25

The originals of the above listed records are available for review and inspection at the offices of counsel for the Plaintiff.

RESPECTFULLY submitted this Monday, November 23, 2015.

By: _____

Luke Busby, Esq.
Nevada State Bar No. 10319
216 East Liberty Street
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, November 23, 2015, I electronically transmitted the forgoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the forgoing pleading to the address below by US Mail postage prepaid, and/or I hand delivered the forgoing to:

Charles Burcham, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
Attorney for the Defendant

By: _____
Luke Busby

2