UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE RIDGWAY,<br><br>       Plaintiff,<br><br>  vs.<br><br>SUN VALLEY GENERAL IMPROVEMENT DISTRICT,<br><br>       Defendant. | 3:15-cr-00002-HDM-WGC<br><br>**ORDER REGARDING TRIAL** |

    Attached hereto is a list of all cases on calendar before this Court on **Tuesday, March 7, 2017.**

    **IT IS ORDERED that counsel for all parties shall appear for a Calendar Call on Wednesday, February 22, 2017 at 9:30 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.** *Las Vegas counsel shall appear telephonically by calling AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and providing Access Code 3246567 with Security Code 0334.*

    At the Calendar Call, all cases will be orally ranked in order of trial.  Thereafter, all such cases, with such exceptions as the Court may occasionally make, will be tried one after the other on two (2) day's notice from the Courtroom Clerk.  The trial of the first case will commence on **Tuesday, March 7, 2017 at 9:00 a.m. before Judge Howard D. McKibben**.  In as much as the cases will be tried in a trailing fashion, the subpoena should contain some special instruction from counsel directing the witness to contact the <u>office of counsel</u> for further instructions prior to appearing.

    The cases appearing on the attached trial calendar have been tentatively ranked in order of trial.

    Proposed *Voir Dire* and Proposed Jury Instructions shall be filed no later than 4:00 p.m. on **Tuesday, February 28, 2017**.

1      EXHIBITS: During preparations for trial, counsel for all parties shall meet, confer, pre-mark
2 and exchange all trial exhibits.  Counsel shall prepare a list of all exhibits, marked numerically.  Each
3 exhibit shall be marked with an exhibit sticker properly designating it as Plaintiff's Exhibit, Defendant's
4 Exhibit or Joint Exhibit.  The exhibits shall be listed on the form to be provided by the Courtroom
5 Clerk.  Counsel may use computer-generated exhibit lists so long as they conform to the requirements
6 of the form provided by the Clerk.

7      In any case which involves fifteen or more document exhibits, the exhibits shall be placed in
8 a loose-leaf binder behind a tab noting the number of each exhibit.  The binder shall be clearly marked
9 on the front and side with the case caption and number and the sequence of exhibits.  At the
10 commencement of trial, counsel shall provide the Courtroom Clerk with the binder containing the
11 exhibits and a courtesy copy for the Court, and an original and one copy of the Exhibit List.

12      The Court further orders the Clerk to serve copies of this Order on all parties.

13      The date of the Clerk's file mark shall constitute the date of this Order.

14      **IT IS SO ORDERED**.

15                                      /s/
                                   HOWARD D. McKIBBEN
16                                 SENIOR U. S. DISTRICT JUDGE

**TRIAL CALENDAR - TUESDAY, MARCH 7, 2017**

1.    3:17-cr-00001-HDM-VPC     UNITED STATES OF AMERICA
   vs.
   **Reno Jury Trial**     GENERO ORIGEL CANDIDO

   FOR THE GOVERNMENT:     FOR THE DEFENDANT:
   Carla Higginbotham, AUSA     Lauren Gorman, AFPD

2.    3:16-cr-00054-HDM-WGC     UNITED STATES OF AMERICA
   vs.
   **Reno Jury Trial**     CASEY AUSTIN YOWELL

   FOR THE GOVERNMENT:     FOR THE DEFENDANT:
   Shannon Bryant, AUSA     Biray Dogan, AFPD

3.    2:17-cr-00008-HDM-GWF     UNITED STATES OF AMERICA
   vs.
   **Las Vegas Jury Trial**     VICTOR NOYOLA-GARCIA

   FOR THE GOVERNMENT:     FOR THE DEFENDANT:
   Kathryn Newman, AUSA     Paul Riddle, AFPD

4.    3:16-cr-00040-HDM-VPC     UNITED STATES OF AMERICA
   vs.
   **Reno Jury Trial**     JAYSHAWN ANTHONY COLLINS

   FOR THE GOVERNMENT:     FOR THE DEFENDANT:
   Megan Rachow, AUSA     Christopher Frey, AFPD

5.    3:15-cv-00002-HDM-WGC     STEPHANIE RIDGWAY
   vs.
   **Reno Civil Jury Trial**     SUN VALLEY GENERAL IMPROVEMENT DISTRICT

   FOR THE PLAINTIFF:     FOR THE DEFENDANT:
   Luke Busby, Esq.     Charles Burcham, Esq.
       Katherine Parks, Esq.