UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| STEPHANIE RIDGWAY, | ) |
| | ) |
| Plaintiff, | )  Case No.: 3:15-cv-00002-HDM-WGC |
| | ) |
| vs. | ) |
| | )  MINUTES OF COURT |
| SUN VALLEY GENERAL | ) |
| IMPROVEMENT DISTRICT, | ) |
| | )  March 8, 2017 |
| Defendant. | ) |

**PROCEEDINGS: JURY TRIAL - DAY TWO**

**PRESENT:**
**THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE**

**Deputy Clerk:** Paris Rich     **Reporter:** Kathryn French

**Counsel for Plaintiff: Luke Busby, Esq.**

**Counsel for Defendant: Charles Burcham, Esq.**

At 8:16 a.m., the Court convenes. Outside the presence of the jury, the Court and counsel discuss the proposed jury instructions off the record.

On behalf of the Plaintiff, Mr. Busby is present. Also, present at Plaintiff's counsel table is Hunter Blackburn, Computer Technician.

On behalf of the Defendant, Mr. Burcham is present with Darrin Price, General Manager, Sun Valley General Improvement District.

At 8:19 a.m., the Court resumes on the record.

Counsel confirm there are no objections to the jury instructions the Court intends to offer. Further, counsel has no additional rejected jury instructions to offer. Counsel stipulate to the jury instructions being settled in open court. The Court numbers the jury instructions.

At 8:25 a.m., the Court stands at recess.

At 8:33 a.m., the Court reconvenes.

On behalf of the Plaintiff, Mr. Busby is present with Plaintiff Stephanie Ridgway. Also, present at Plaintiff's counsel table is Hunter Blackburn, Computer Technician.

STEPHANIE RIDGWAY                                              3:15-cv-00002-HDM-WGC
vs.                                                            March 8, 2017
SUN VALLEY GENERAL IMPROVEMENT DISTRICT                        Page 2 of 3

---

On behalf of the Defendant, Mr. Burcham is present with Darrin Price, General Manager, Sun Valley General Improvement District.

The jury enters the courtroom.

The Court instructs the jury.

On behalf of the Plaintiff, Mr. Busby presents closing argument.

On behalf of the Defendant, Mr. Burcham presents closing argument.

Mr. Busby presents rebuttal argument.

Court Security Officers Steve Daniels and David Depoali are sworn to take charge of the jury.

The Court advises the jury regarding the deliberation process.

The jury is excused for deliberations.

Outside the presence of the jury, the Court states the parties are to remain within 10 minutes of the courthouse.

At 9:44 a.m., the Court stands at recess subject to call of the jury.

At 11:15 a.m., the Court reconvenes outside the presence of the jury with all parties previously present.

The Court addresses Jury Note No. 1.  The Court and counsel confer with respect to a proposed responsive statement or proposed supplemental instruction to provide the jury.  Following discussion, Jury Instruction No. 20 is finalized and provided to the jury.  The Defendant shall preserve the right to argue a renewed Rule 50 motion.

At 12:11 p.m., the Court reconvenes with all parties present.  The Court advises the jury has reached a verdict.

The jury enters the courtroom.

The verdict is published by the Courtroom Clerk.

**IT IS ORDERED, judgment is entered in favor of the Defendant Sun Valley General Improvement District and against the Plaintiff Stephanie Ridgway.  IT IS SO ORDERED.**

Mr. Busby requests polling of the jury.  The jury is polled and the Court finds the verdict is unanimous.

| | |
|---|---|
| **STEPHANIE RIDGWAY** | **3:15-cv-00002-HDM-WGC** |
| **vs.** | **March 8, 2017** |
| **SUN VALLEY GENERAL IMPROVEMENT DISTRICT** | **Page 3 of 3** |

The Court thanks the jury for their service and discharges them from further federal jury service for a period of two years.

The Court compliments counsel on their presentation of this action.

At 12:20 p.m., the Court adjourns.

                                            DEBRA K. KEMPI, CLERK

                                            By: /s/ Paris Rich
                                                      Deputy Clerk