AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

```
FILED ___         RECEIVED ___
ENTERED ___       SERVED ON ___
                  COUNSEL/PARTIES OF RECORD

        MAR - 8 2017

  CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

STEPHANIE RIDGWAY, )
)
       Plaintiff, )  **JUDGMENT IN A CIVIL CASE**
vs. )
) CASE NUMBER: 3:15-cv-00002-HDM-WGC
SUN VALLEY GENERAL )
IMPROVEMENT DISTRICT, )
)
       Defendant. )
_____/

**XX**  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is entered in favor of the Defendant Sun Valley General Improvement District and against the Plaintiff Stephanie Ridgway.**

IT IS SO ORDERED.

March 8, 2017                                  DEBRA K. KEMPI
                                                                 Clerk

                                                                 /s/ Paris Rich
                                                                 Deputy Clerk